# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## San Antonio Division

| | |
|---|---|
| IN RE: **Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series U v. DMA Properties, Inc. et al**, Debtor(s) | Bankruptcy Case No.: 20–05027–rbk |
| | Chapter No.: 0 |
| | Judge: Ronald B. King |

## TRANSMISSION OF RECORD ON APPEAL TO DISTRICT COURT

TO THE CLERK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS:

Pursuant to Fed. R. Bankr. P. 8010(b) the undersigned hereby transmits the following record for entry on the docket of the United States District Court for Civil Action Number 5:21–cv–00358

CM/ECF Doc. 236 entered 3/24/2021 – Judge's Opinion [1] Adversary case 20–05027. Original Complaint Requesting Declaratory Judgment filed by Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (attorneys Charles John Muller IV, Ronald J. Smeberg) against DMA Properties, Inc., Longbranch Energy, LP).

CM/ECF Doc. 237 entered 3/24/2021 Final Judgment [1] Adversary case 20–05027. Original Complaint Requesting Declaratory Judgment filed by Krisjenn Ranch, LLC, Krisjenn Ranch, LLC, Series Uvalde Ranch, Krisjenn Ranch, LLC, Series Pipeline Row (attorneys Charles John Muller IV, Ronald J. Smeberg) against DMA Properties, Inc., Longbranch Energy, LP).

| | |
|---|---|
| ☐ | Notice of Appeal, Order/Judgment, Docket Report, List of Parties to the Appeal and Designation(s) [if any]. |
| ☑ | Items designated by Appellant |
| ☐ | Items designated by Appellee |
| ☐ | No designation of Record on Appeal Filed |
| ☐ | Copies of items designated by Appellant/Appellee have not been provided nor copy fee paid by filer pursuant to FRBP 8006 |
| ☑ | Additional Items: Exhibits from the trial held on 2/11/2021, in paper format, as designated by the Appellant as part of its Record on Appeal, will be hand delivered to the Clerk's office of the United States District Court for the Western District of Texas on this date. |

**REMARKS**:

The Appellant's designation of the Record on Appeal is complete.

Dated: 6/1/21

                                                          Barry D. Knight
                                                          Clerk, U. S. Bankruptcy Court

                                                          BY: Rob Lawson , Deputy Clerk

**[LtrTrnDc(BK)]** [LtrTrnDcBKintp]